**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 89-2816
_____

MCORP FINANCIAL, INC.,
MCorp Mgt. and MCorp.,

Plaintiffs-Appellees,

and

Official Creditors' Committee of MCorp,
MCorp Financial, Inc., and MCorp
Mgt.,

Intervenors-
Appellees,

VERSUS

BOARD OF GOVERNORS FEDERAL
RESERVE SYSTEM OF THE UNITED STATES OF AMERICA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
_____
(April 1, 1992)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before R. GARZA, WILLIAMS and DAVIS, Circuit Judges.

PER CURIAM:

This case has been remanded to us by the Supreme Court, 112 S.Ct. 459, 116 L.Ed.2d 358 (1991), for disposition consistent with its opinion.  The Court concluded that the district court was without jurisdiction to entertain this suit.  Accordingly, the injunction entered by the district court is vacated, and the action

dismissed for lack of jurisdiction.